UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES M. FENDICK,

                Plaintiff,

   -v-                                            3:13-CV-847

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                   OF COUNSEL:

LAW OFFICES OF KENNETH HILLER, PLLC    KENNETH R. HILLER, ESQ.
Attorneys for Plaintiff
6000 North Bailey Avenue
Suite 1A
Amherst, NY 14226

OFFICE OF REGIONAL GENERAL COUNSEL    KAREN FOLSTER LESPERANCE, ESQ.
SOCIAL SECURITY ADMINISTRATION REGION II
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, NY 12207


DAVID N. HURD
United States District Judge

## **O R D E R**

     Pursuant to the oral decision of the Court, entered into the record after hearing oral

argument on January 15, 2015, in Utica, New York, it is hereby

     ORDERED that

     1. The Commissioner's decision denying plaintiff disability benefits is AFFIRMED; and

     2. The complaint is DISMISSED in its entirety.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 15, 2015
      Utica, New York.